**Order entered March 8, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01241-CV

### JON EVANS, Appellant

### V.

### LAURA MARTINEZ, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-04781-D**

## ORDER

Before the Court is appellant's March 6, 2019 unopposed second motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than April 5, 2019. We caution appellant that further extension requests will be disfavored.

/s/    ERIN A. NOWELL
        JUSTICE